BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19TH Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile:  (415) 436-7706
Email: Jodi_Linker@fd.org

Counsel for Defendant ALCOCER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00449 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE |
| v. ) | |
| ) | |
| OSCAR ALCOCER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for December 1, 2010 be continued to January 12, 2011 at 2:30 p.m.

When defendant Oscar Alcocer last appeared before the Court on October 13, 2010, the parties informed the Court that they are working toward a resolution of this matter. At that time, defense counsel had recently changed due to Assistant Federal Public Defender Loren Stewart's absence while on paternity leave. The parties continue to work on a resolution of this matter and have yet to reach an agreement. Additionally, AFPD Stewart will return to work on January 3, 2011. As he has been working on this case for nearly a year, the parties agree that it would be beneficial to wait until his return to have the next hearing on this matter.

*U.S. v. Alcocer*, CR 10-0449 MMC
STIP. & [PROPOSED] ORDER TO CONTINUE        1

1    Accordingly, the parties jointly stipulate and request that this Court continue the hearing
2 from December 1, 2010 to January 12, 2011 at 2:30 p.m.
3    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
4 from December 1, 2010 to January 12, 2011, given the need for both parties to have a reasonable
5 opportunity for effective preparation and for continuity of counsel.
6    Based upon the representation of counsel and for good cause shown, the Court finds that
7 failing to exclude the time from December 1, 2010 to January 12, 2011 would unreasonably deny
8 the defendant and his counsel the reasonable time necessary for effective preparation, taking into
9 account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds
10 that the ends of justice served by excluding the time from December 1, 2010 to January 12, 2011
11 from computation under the Speedy Trial Act outweigh the best interests of the public and the
12 defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from December
13 1, 2010 to January 12, 2011 shall be excluded from computation under the Speedy Trial Act.  18
14 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15    IT IS SO STIPULATED.

17   November 12, 2010                              /s
     DATED                                BENJAMIN P. TOLKOFF
18                                        Assistant United States Attorney

21   November 12, 2010                              /s
     DATED                                JODI LINKER
                                          Assistant Federal Public Defender

23    IT IS SO ORDERED.

25   November 15, 2010                    _____
     DATED                                MAXINE M. CHESNEY
26                                        United States District Judge

*U.S. v. Alcocer*, CR 10-0449 MMC
STIP. & [PROPOSED] ORDER TO CONTINUE          2