| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | |
| 5 | BENJAMIN P. TOLKOFF (NYBN 4294443)<br>Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>Telephone:     (415) 436-7296 |
| 8 | Facsimile:     (415) 436-7234<br>Benjamin.Tolkoff@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0449 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER<br>EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| OSCAR ALCOCER, | ) | |
| Defendant. | ) | |

The parties are currently scheduled to appear for possible change of plea or trial setting, on January 19, 2011.  The parties will not be available on that date and respectfully request the matter be continued until January 26, 2011.  The parties stipulate that the time between January 19 and January 26, 2011 is excludable under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                  MELINDA HAAG
                  United States Attorney

DATED: January 12, 2011              /s/
                  BENJAMIN P. TOLKOFF
                  Assistant United States Attorney

DATED: January 12, 2011              /s/
                  LOREN STEWART
                  Attorney for OSCAR ALCOCER

For the reasons stated above, this matter is continued from January 19 to January 26, 2011. The Court finds that the exclusion of time between January 19 and January 26, 2011, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: January 14, 2011              _____
                  HONORABLE MAXINE M. CHESNEY
                  United States District Judge