BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ALCOCER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR ALCOCER,<br><br>Defendant. | No. CR-10-0449 MMC<br><br>**UNOPPOSED MOTION AND <s>[PROPOSED]</s> ORDER TO AMEND FORM OF JUDGMENT** |

On June 1, 2011, this Court sentenced the defendant, Mr. Oscar Alcocer, to a term of custody of three months, to be followed by one year of supervised release including a condition of three months of home detention with location monitoring. *See* Docket No. 34 (Judgment). At the sentencing hearing, the Court remarked that it was possible that Mr. Alcocer might serve his sentence at a halfway house.

Undersigned counsel contacted the Bureau of Prisons on June 10, 2011, and learned that such direct placements at a Residential Reentry Center are possible, but that BOP does not consider them unless the offender received a judicial recommendation that it should be considered. Mr. Alcocer would very much like to be considered for such a placement.

//

1   Undersigned counsel contacted Assistant United States Attorney Benjamin Tolkoff
2   regarding the same on June 10, 2011. On June 13, 2011, Mr. Tolkoff represented that he had no
3   objection to such a recommendation and that he had no opposition to the instant motion.
4   Accordingly, this motion is unopposed.
5   Mr. Alcocer respectfully moves the Court to amend the judgment to add the following
6   recommendation:

**The Court recommends that the Bureau of Prisons consider the defendant for direct placement at a Residential Reentry Center for service of sentence.**

9   Mr. Alcocer believes that the Court, based on its remark at the hearing, intended that he be
10  considered for halfway house placement, and that this amended judgment reflects the Court's
11  intention at sentencing.

13  Dated: June 13, 2011

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

            /s/
LOREN D. STEWART
Assistant Federal Public Defender

UNOPPOSED MTN & [PROPOSED] ORDER
TO AMEND, CR-10-0449 MMC            2

# ~~[PROPOSED]~~ ORDER

For the reasons set forth above, the Court ORDERS that the judgment in this case be amended to add the following recommendation: "The Court recommends that the Bureau of Prisons consider the defendant for direct placement at a Residential Reentry Center for service of sentence."

**IT IS SO ORDERED**.

\_\_June 14, 2011_____  _____
DATE                             HON. MAXINE M. CHESNEY
                                 United States District Judge